PETITION UNDER 28 U.S.C. §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

ORIGINAL

CV 08-4972

| | | |
|---|---|---|
| United States District Court | District EASTERN | |
| Name Markell Myrick | Prison No. 05A0031 | Case No. |
| Place of Incarceration Elmira Correctional Facility | | |
| Name of Petitioner (include name under which convicted) MARKELL MYRICK | Name of Respondent (Authorized person having custody of prisoner) V.MARK BRADT | |
| The Attorney General of the State of: New York MARIO CUOMO | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack
   KINGS COUNTY SUPREME COURT

DEARIE, CH. J.

MANN, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 01 2008 ★
BROOKLYN OFFICE

2. Date of Judgment of conviction : March 29, 2004
3. Length of Sentence 17 years – with Five years post supervision
4. Nature of Offense involved (all counts) Robbery in the First Degree

5. What was your plea? (Check one)
   (a) Not Guilty ☐
   (b) Guilty x☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury x☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No x☐

8. Did you appeal from the Judgment of conviction?
   Yes X☐ No ☐

RECEIVED
DEC 01 2008
PRO SE OFFICE

9. If your answer to 8 was "yes," attach a copy of the appeals court decision to this petition and answer the following:

(a) Name of court : Appellate Division Second Department, 31 A.D. 2d 668 (July 18, 2006), Court of Appeals Denied (December 8, 2006)

(b) Result: Both Courts denied the appeals

(c) Date of result and citation, if known: Denied People v. Myrick, 31 A.D. 3d 668 (July 18, 2006); People v. Myrick, 7 N.Y. 3d 927 (December 8, 2006) in New York State Court of Appeals.

(d) List all grounds you raised (1)The defendant argued that the trial court erred in allowing evidence that third party threatened complainant two days before she was scheduled to testify, was not direct evidence and insufficient circumstantial evidence.

(2)

(3)

(4)

10. Did you seek further review of the appeals court decision by a higher state court ?
Yes ☐ No x☐

11. If your answer to 10 was "yes," attach a copy of the appeals court decision to this petition and answer the following:

(a) Name of Court

(b) Result

(c) Date of result and citation, if known

(d) List all grounds you raised (1)

(2)

(3)

(4)

12. Did you file a petition for certiorari in the United States Supreme Court?
Yes ☐ No ☐X

13. If your answer to 12 was "yes," attach a copy of the United States Supreme Court decision to this petition and please answer the following with respect to each direct appeal you asked the United States Supreme Court to review:

(a) Result

(b) Date of result and citation, if known

(c) List all grounds you raised (1)

(2)

(3)

(4)

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g. a petition under NY CPL §440, a state habeas petition, or a previous petition under 28 USC 2254) with respect to this judgment in any court, state or federal?
Yes ☐ No x☐

15. If your answer to 14 was "yes," attach a copy of the appeals court decision to this petition and give the

following information:

(a) Name of Court

(b) Nature of Proceeding

(c) Date filed

(d) List all grounds you raised (1)

(2)

(3)

(4)

(e) Did you receive an evidentiary hearing on your petition, application, or motion?
Yes ☐ No ☐

(f) Result

(g) Date of result

16. If your answer to 14 was "yes," and you also filed a <u>second</u> petition, application, or motion, <u>attach a copy of that court's decision to this petition</u> and give the same information:

(a) Name of Court

(b) Nature of Proceeding

(c) Date filed

(d) List all grounds you raised (1)

(2)

(3)

(4)

(e) Did you receive an evidentiary hearing on your petition, application, or motion?
Yes ☐ No ☐

(f) Result

(g) Date of result

As to any third, fourth, etc. petition, application, or motion, <u>attach a copy of that court's decision to this Petition</u> and give the same information asked for under 15 and 16.

17. If your answer to 14 was "yes" and if the court did not grant the petition(s), application(s), or motion(s) you listed under 15 and 16, did you appeal to an intermediate court of appeals (e.g. the NYS Court of Appeals or the Second Circuit Court of Appeals)?
Yes ☐ No ☐

18. If your answer to 17 was "yes," <u>attach a copy of the appeals court decision to this petition</u> and answer the following regarding <u>each</u> petition, application, or motion:

(a) Name of Court

(b) Date filed

(c) Result

(d) Date of citation and result, if known

(e) List all grounds you raised (1)

(2)

(3)

(4)

19. Did you appeal to the highest state court (e.g. NYS Court of Appeals) or the United States Supreme Court for Review of decisions regarding the petition(s), application(s), or motion(s) you listed in 15 and 16?

(a) First petition Yes ☐ No ☐

(b) Second petition Yes ☐ No ☐

(c) Third petition Yes ☐ No ☐

[List any other petition and indicate yes or no]

20. For each "yes" answer in 19, attach a copy of that court's decision to this petition and give the following information:

(a) Name of Court

(b) Date filed

(c) Result

(d) Date of citation and result, if known

(e) List all grounds you raised (1)

(2)

(3)

(4)

21. If you did *not* appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

22. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: In order to proceed in Federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. See 28 USC §2254(b). If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. See 28 USC §2244(b).

For your information, the following is a list of the most frequently raised grounds for relief in Habeas Corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state Remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to This conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding the nature of the charge and the consequence of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A **GROUND ONE**: The defendant was denied a fair trial because, trial court erred in allowing evidence that third party threatened complainant two days before she was scheduled to testify, was not direct evidence and insufficient circumstantial evidence, in violation of the Fourteenth Amendment of the United States Constitution (Due Process).

Supporting FACTS: The defendant argued that the trial court erred in allowing evidence that third party threatened complainant two days before she was scheduled to testify, was not direct evidence and insufficient circumstantial evidence.

(2)

B. **GROUND TWO**:

Supporting FACTS (state briefly without citing cases or law)

C. **GROUND THREE**

Supporting FACTS (state briefly without citing cases or law)

D. **GROUND FOUR:**

Supporting FACTS (state briefly without citing cases or law)

23. If you did not previously present any of the grounds listed in 22A, 22B, 22C, and 22D in any other court, state or federal, state briefly what grounds you did not present and give your reasons for not presenting them.

No!

24. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ Nox☐

(a) Name of Court

(b) Nature of proceeding

(c) Date filed

(d)List all grounds you raised (1)

(2)

(3)

(4)

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you challenge in this petition:

(a) At preliminary hearing Wayne Bodden, Esq 14 Metrotech Centre, Brooklyn, New York 11201

(b) At arraignment and plea same attorney

(c) At trial same attorney

(d) At sentencing same attorney

(e) On appeal Ms. Melissa Horlick, 2 Rector Street, New York 11201

(f) In any post-conviction proceeding, none filed.

(g) On appeal from any adverse ruling in a post-conviction proceeding

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? No just the one count.

Yes ☐ No x☐

27. Do you have any future sentence to serve after you complete the sentenced imposed by the judgment under attack? No.

Yes ☐ NoX☐

(a) If so, give name and location of court which imposed the sentence to be served in the future

(b) Give date and length of the above sentence

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☐

**WHEREFORE**, petitioner prays that the Court grant petitioner relief to which he may be entitled in this Proceeding.

______________________
Signature of attorney

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11/26/08
Date

M. Myrick
Signature of Petitioner