FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 0 2 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---X

MARKELL MYRICK,

Petitioner,

-against-

V. MARK BRADT, Superintendent,

Respondent.

---X

PETITIONER'S AFFIRMATION
08-CV-4972 (RJD)

RECEIVED
JAN 02 2009
PRO SE OFFICE

DEARIE, Chief Judge:

STATE OF New York }

COUNTY OF Kings } SS:

Markell Myrick makes the following affirmation under the penalties of perjury:

I am the petitioner in this action and I respectfully submit this affirmation in response to the Court's Order dated 12-2[illegible]-08 The instant petition should not be time-barred by the one-year statute of limitations because In March 2007 I was called down to court which I had no time to prepare such Appeal. in September I was confine in S.H.U for 7 months I had no such help with preparing appeal while confine to my cell 23 hours lockdown. I'm also serving my first ever prison bid and my Appeal lawyer never instructed me that I had such Rights ~~[illegible]~~ Never less a time limit.

I do understand now the Rules in
filing such appeal, I'm just asking you
to take in consideration that in my situation
I didn't have access to certain legal Documents

[YOU MAY ATTACH ADDITIONAL PAGES, IF NECESSARY]

In view of the foregoing, it is respectfully submitted that the instant petition should be permitted to proceed.

DATED: 12-26-08

M Myrick
Signature

Elmira Correctional Facility
Address

P.O Box 500

Elmira, N.Y 14902-0500
City, State & Zip Code